**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Jumpstart Financial, LLC** |
| 2. | All other names debtor used in the last 8 years | aka Nuleaf Financial LLC |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  5  –  3  8  2  5  6  4  2 |

4. Debtor's address

**Principal place of business**

**25511 Budde Road**
Number    Street
**Suite 2801**

**The Woodlands**    **TX**    **77380**
City    State    ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

5. Debtor's website (URL)    **www.Jump-startfinancial.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Jumpstart Financial, LLC_____   Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

        ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
        ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
        ☐ Railroad (as defined in 11 U.S.C. § 101(44))
        ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
        ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
        ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
        ☑ None of the above

*B. Check all that apply:*

        ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
        ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
        ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☑ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11   *Check all that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor __**Jumpstart Financial, LLC**_____     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                     MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                     MM / DD / YYYY

Case number, if known _____

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor __Jumpstart Financial, LLC__        Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

         Number     Street

         _____

         City          State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  __Jumpstart Financial, LLC_____     Case number (if known) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
MM / DD / YYYY

X  _____
Signature of authorized representative of debtor

__Jack Seigler_____
Printed name

__Member_____
Title

18.  **Signature of attorney**

X  _____     Date  _____
Signature of attorney for debtor                        MM / DD / YYYY

__Richard Lee Fuqua II_____
Printed name

__Fuqua & Associates, P.C._____
Firm name

__8558 Katy Freeway_____
Number        Street

__Suite 119_____

__Houston_____     __TX___     __77024_____
City                                                     State        ZIP Code

__(713) 960-0277_____     __RLFuqua@FuquaLegal.com___
Contact phone                                       Email address

__07552300_____     __TX___
Bar number                                             State

**Fill in this information to identify the case**

Debtor name ___Jumpstart Financial, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **Cash on hand** ................................................................................................ $1,866.00

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

4.   **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

4.1.   **None** _____ $0.00

5.   **Total of Part 1** ................................................................................................
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
**$1,866.00**

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor   **Jumpstart Financial, LLC**                                    Case number (if known) _____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.  **None** _____ | | $0.00

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  **None** _____ | | $0.00

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81. | | **$0.00**

---

**Part 3:  Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☒  Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.  Accounts receivable**

11a.  90 days old or less: _____**$0.00**_____ – _____**$0.00**_____ = ............. ➔  $0.00
                          face amount            doubtful or uncollectible accounts

11b.  Over 90 days old: __**$3,419,547.00**__ – __**$3,419,547.00**__ = ............. ➔  $0.00
                         face amount            doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | **$0.00**

---

**Part 4:  Investments**

**13.  Does the debtor own any investments?**

☐  No.  Go to Part 5.
☒  Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | **None** | **None** | $0.00 |
| 14.2. | **None** | | $0.00 |

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1.  **None** _____          **0%**                                    $0.00

Debtor   **Jumpstart Financial, LLC**　　　　　　　　　Case number (if known) _____
　　　　　Name

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

　　　Describe:

16.1.　None　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.　　　　　　　　　　　$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | $0.00 |
| **20. Work in progress** | | | | |
| None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| None | | | | $0.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.　　　　　　　　　　　$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |

Debtor      **Jumpstart Financial, LLC**_____      Case number (if known) _____
          Name

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

    **None**_____   _____   _____   | $0.00

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.    | $0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No.  Go to Part 8.
   ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.    | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor   **Jumpstart Financial, LLC**_____   Case number (if known) _____
       Name

---

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.
                                                 **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **None** | **None** | | | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
         **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

Debtor   **Jumpstart Financial, LLC**                                        Case number (if known) _____
         Name

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| None | _____ | _____ | $0.00 |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |
| None | _____ | _____ | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                     $0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                        Current value of
                                                                        debtor's interest

**71.** Notes receivable

Description (include name of obligor)

| None | $0.00 – | $0.00 = ➔ | $0.00 |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

None                                                                     $0.00

Debtor    **Jumpstart Financial, LLC**_____    Case number (if known) _____
              Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**_____    _____ **$0.00**

Nature of claim    _____

Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

**None**_____    _____ **$0.00**

Nature of claim    _____

Amount requested    _____

76. **Trusts, equitable or future interests in property**

**None**_____    _____ **$0.00**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**None**_____    _____ **$0.00**

78. **Total of Part 11.**                                   **$0.00**
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Jumpstart Financial, LLC**_____    Case number (if known) _____
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,866.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $1,866.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ................................................................. **$1,866.00**

**Fill in this information to identify the case:**

Debtor name __Jumpstart Financial, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- |

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien

Creditor's mailing address

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

_____ **$0.00**

**Fill in this information to identify the case:**

Debtor     **Jumpstart Financial, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

Is the claim subject to offset?

☐ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

Debtor   **Jumpstart Financial, LLC** _____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,600.83 |
|---|---|---|---|

**Addison M Bayless Trust**

**25511 Budde Road, Suite 2801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**The Woodlands**          **TX**    **77380**

**Basis for the claim:** **Balance**

Date or dates debt was incurred    **June 2022**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Easy Debt Relief**

**ATTN Adrienne Ricks**

**8 The Green Suite A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dover**          **DE**    **19901**

**Basis for the claim:** **Collection**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117,105.28 |
|---|---|---|---|

**Executive Technology Consultants**

**25511 Budde Road, Suite 2801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**The Woodlands**          **TX**    **77380**

**Basis for the claim:** **Balance**

Date or dates debt was incurred    **June 2022**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FairFinCare LLC**

**8 The Geen Suite B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dover**          **DE**    **19901**

**Basis for the claim:** **Collection**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor   **Jumpstart Financial, LLC**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,382.22**

Frazer Transport, Inc.

25511 Budde Road, Suite 2801

Basis for the claim: **Balance**

The Woodlands                TX       77380

Date or dates debt was incurred      June 2022

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      ___  ___  ___  ___

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,605.25**

John Christaldi

25511 Budde Road, Suite 2801

Basis for the claim: **Balance**

The Woodlands                TX       77380

Date or dates debt was incurred      June 2022

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      ___  ___  ___  ___

| 3.7 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58,947.36**

Luciano Reyes

25511 Budde Road, Suite 2801

Basis for the claim: **Balance**

The Woodlands                TX       77380

Date or dates debt was incurred      June 2022

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      ___  ___  ___  ___

| 3.8 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,600.83**

McKenna E. Bayless Trust

25511 Budde Road, Suite 2801

Basis for the claim: **Balance**

The Woodlands                TX       77380

Date or dates debt was incurred      June 2022

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      ___  ___  ___  ___

Debtor   **Jumpstart Financial, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

MidAmeric Debt Relief

2 Cityplace Dr.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

St. Louis                     MO     63141        Colleciton

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$39,605.75**

Murgai Properties, #2, LLC

25511 Budde Road, Suite 2801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

The Woodlands                 TX     77380        Balance

Date or dates debt was incurred   June 2022

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,600.83**

Rebecca Bayless

25511 Budde Road, Suite 2801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

The Woodlands                 TX     77380        Balance

Date or dates debt was incurred   June 2022

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,206.25**

Regus

9595 Six Pines Road

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

The Woodlands                 TX     77380        Office space

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

| Debtor | Jumpstart Financial, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13**   Nonpriority creditor's name and mailing address

Transworld Systems

PO Box 15618

Dept 940

Wilmington                         DE     19850-5618

Date or dates debt was incurred

Last 4 digits of account number        3   0   4   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Collecting for - Regus

Is the claim subject to offset?
☑ No
☐ Yes

$4,206.25

**3.14**   Nonpriority creditor's name and mailing address

Weathersby Holdings LLC

2511 Budde Road, Suite 2801

The Woodlands                     TX     77380

Date or dates debt was incurred       June 2022

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☑ No
☐ Yes

$29,606.26

**3.15**   Nonpriority creditor's name and mailing address

Weathersby Int'l, LLC

25511 Budde Road, Suite 2801

The Woodlands                     TX     77380

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☑ No
☐ Yes

$92,104.36

Debtor    **Jumpstart Financial, LLC**                                   Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Fresh Start**

**ATTN Aniko Hutchinson**

**710 Pondella Rd, Ste 7**

**PMB 3016**

**North Fort Meyer         FL      33903**

Line _____

☑ Not listed.  Explain:
**Collection**

__ __ __ __

4.2   **Integrity**

**ATTN  Richard Nodelman**

**4561 SW 34th St.**

**Orlando              FL      32811**

Line _____

☑ Not listed.  Explain:
**Collection**

__ __ __ __

4.3   **Prime One**

**c/o Raul Yescas and Bryan Ruiz**

**11562 Hanna Cir**

**Garden Grove        CA      92840**

Line _____

☑ Not listed.  Explain:
**Collection**

__ __ __ __

4.4   **Reliance Assistance Group Inc.**

**c/o Yuri Drahuntsov**

**2522 Chambers Road 100**

**Tustin              CA      92780**

Line _____

☑ Not listed.  Explain:
**Collection**

__ __ __ __

4.5   **Transworld Systems**

**PO Box 15618, Dept. 940**

**Wilmington         DE      19850-5618**

Line _____

☑ Not listed.  Explain:
**Notice Only**

3  0  4  9

Debtor    __Jumpstart Financial, LLC_____    Case number (if known) _____

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.     **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. +     $386,571.47 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     $386,571.47 |

**Fill in this information to identify the case:**

Debtor name    **Jumpstart Financial, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____    Chapter  **7**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                **State the name and mailing address for all other
                                                                parties with whom the debtor has an executory
                                                                contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name __Jumpstart Financial, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name __Jumpstart Financial, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B...........................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.....................................................................

   | $1,866.00 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................

   | $1,866.00 |

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.........................................

   | $0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.....................

   | + $386,571.47 |

4. **Total liabilities**
   Lines 2 + 3a + 3b.......................................................................................

   | $386,571.47 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Jumpstart Financial, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

__Jack Seigler__
Printed name

__Member__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Jumpstart Financial, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None

   **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

   **Sources of revenue**
   Check all that apply.

   **Gross revenue**
   (before deductions and exclusions

   | | | | | |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From __01/01/2023__ to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $205,783.00 |
   | **For prior year:** | From __01/01/2022__ to<br>MM / DD / YYYY | __12/31/2022__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $396,508.00 |
   | **For the year before that:** | From __01/01/2021__ to<br>MM / DD / YYYY | __12/31/2021__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $32,128.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   **Description of sources of revenue**

   **Gross revenue from each source**
   (before deductions and exclusions

   | | | | | |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From __01/01/2023__ to<br>MM / DD / YYYY | Filing date | _____ | $0.00 |
   | **For prior year:** | From __01/01/2022__ to<br>MM / DD / YYYY | __12/31/2022__<br>MM / DD / YYYY | _____ | $0.00 |
   | **For the year before that:** | From __01/01/2021__ to<br>MM / DD / YYYY | __12/31/2021__<br>MM / DD / YYYY | _____ | $0.00 |

| Debtor | Jumpstart Financial, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **None** | **N/A** | **$0.00** | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |
| City          State     ZIP Code | | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **None** | **N/A** | **$0.00** | **N/A** |
| Insider's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

Relationship to debtor

**N/A**

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **None** | **N/A** | **N/A** | |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

Debtor    __Jumpstart Financial, LLC_____    Case number (if known) _____
                Name

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| __None_____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | **N/A**<br><br><br><br>Last 4 digits of account number: XXXX-___ ___ __N__ __A__ | _____ | **$0.00** |
| __None_____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | **None**<br><br><br><br>Last 4 digits of account number: XXXX- __N__ __o__ __n__ __e__ | __None____ | **$0.00** |

---

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Reliance Assistance v Jumpstart et al.**<br><br>Case number<br>__2023-63471_____ | **Civil - payment of funds** | __113th Judicial District Court, Harris CC__<br>Name<br>__201 Caroline_____<br>Street<br>__10th Floor_____<br><br>__Houston_____ __TX__ __77002__<br>City                State   ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| 7.2. | **Litigation Practice Group PC, Debtor**<br><br>Case number<br>__8-23-bk-10571-SC____ | **Bankruptcy** | __United States Bankruptcy Court__<br>Name<br>__Central District of CA, Santa Ana__<br>Street<br>__411 W 4th St._____<br><br>__Santa Ana_____ __CA__ __92701__<br>City                State   ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |

Debtor   **Jumpstart Financial, LLC**_____   Case number (if known)_____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Brandon Callier v Jumpstart Financial etal** | Litigation | **U.S. District Court, Western Dist, Texa** <br> Name | ☐ Pending |
| | | | **525 Magoffin Ave.** <br> Street | ☐ On appeal |
| | | | | ☑ Concluded |

Case number
**EP-22-CV-00399-FM**_____

**El Paso**          **TX**   **79901**
City                State   ZIP Code

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **None** | **N/A** | **$0.00** |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | **N/A** | **N/A** <br> Name |
| | Case number | Street |
| City          State   ZIP Code | **N/A** | |
| | Date of order or assignment | |
| | **N/A** | City          State   ZIP Code |

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **None** | **N/A** | **$0.00** |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | **N/A** | **N/A** <br> Name |
| | Case number | Street |
| City          State   ZIP Code | **N/A** | |
| | Date of order or assignment | |
| | **N/A** | City          State   ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **None** | **None** | **N/A** | **$0.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City          State   ZIP Code | | | |
| | Recipient's relationship to debtor <br> **N/A** | | | |

Debtor    __Jumpstart Financial, LLC_____    Case number (if known) _____
                  Name

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | | |
| **None** | $0.00 | N/A | $0.00 |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. __N/A__ | | | _____ |

Address

_____
Street

_____

_____
City                        State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. __None__ | | | $0.00 |

Address

_____
Street

_____

_____
City                        State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| Debtor | **Jumpstart Financial, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **None** | None | **None** | $0.00 |

Trustee

**N/A**

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **None** | None | **N/A** | $0.00 |

Address

| | |
|---|---|
| Street | |
| | |
| City | State    ZIP Code |

Relationship to debtor

**N/A**

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **9595 Six Pines Rd** | From    **2021** | To    **3/2023** |
| | Street | | |
| | | | |
| | **The Woodlands**        **TX**    **77380** | | |
| | City        State    ZIP Code | | |

Debtor   **Jumpstart Financial, LLC**                                    Case number (if known) _____
         Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1.  **None**
       _____
       Facility name                        **Location where patient records are maintained**
                                            (if different from facility address).  If electronic, identify
       _____               any service provider.                            _____
       Street
                                                                                 **How are records kept?**
       _____                                                    *Check all that apply:*
                                                                                 ☐ Electronically
       _____                                                    ☐ Paper
       City              State   ZIP Code

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

Debtor    __Jumpstart Financial, LLC_____        Case number (if known) _____
              Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Steller Bank**<br>Name<br>**1900 Research Forest Dr**<br>Street<br><br>**The Woodlands      TX    77381**<br>City                State   ZIP Code | XXXX- **8   2   4   3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **10/2023** | **$1,866.00** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2.  **Simmons Bank Formerly Spirit of Texas**<br>Name<br>**1525 Lakefront Circle**<br>Street<br>**Suite 1**<br><br>**The Woodlands      TX    77380**<br>City                State   ZIP Code | XXXX- **9   4   4   5** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **2022** | **$0.00** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **None**<br>Name<br><br>Street<br><br><br>City              State   ZIP Code | <br>Address | | ☑ No<br>☐ Yes |

Debtor  **Jumpstart Financial, LLC**                                    Case number (if known) _____
Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **None** | | | ☑ No |
| Name | | | ☐ Yes |
| | **Address** | | |
| Street | | | |
| | | | |
| City        State   ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **None** | **N/A** | **N/A** | **$0.00** |
| Name | | | |
| Street | | | |
| | | | |
| City        State   ZIP Code | | | |

Debtor    **Jumpstart Financial, LLC**                                              Case number (if known) _____
_____
          Name

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☐ No
    ☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| None | | N/A | ☐ Pending |
| | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| Case number | | | |
| | City          State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No
    ☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| None | N/A | None | None |
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☐ No
    ☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| None | None | N/A | N/A |
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

| Debtor | **Jumpstart Financial, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **None** | **None** | **None** | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **None** | **N/A** | |
| | Name | | EIN: ___  ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | |
| | | | Dates business existed |
| | City          State   ZIP Code | | From _____   To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Joseph Christaldi** | From   **11/30/2022**   To   **present** |
| | Name | |
| | **25511 Budde Road** | |
| | Street | |
| | **Suite 2801** | |
| | **The Woodlands**          **TX**     **77380** | |
| | City          State   ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **Gollob Morgan Petty** | From   **1/2022**   To   **present** |
| | Name | |
| | **1001 E Souheast Loop 323** | |
| | Street | |
| | **Tyler**          **TX**     **75701** | |
| | City          State   ZIP Code | |

Debtor    **Jumpstart Financial, LLC**                          Case number (if known) _____
          Name

| | |
|---|---|
| **Name and address** | **Dates of service** |

26b.2.   **See above (if at all)**                            From _____   To _____
         Name

_____
Street

_____

_____
City                              State        ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1.   **Joseph Christaldi**
         Name
         **25511 Budde Road**
         Street
         **Suite 2801**
         _____

         **The Woodlands**                    **TX**      **77380**
         City                              State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **None**
         Name

_____
Street

_____

_____
City                              State        ZIP Code

27.   **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.   Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| **None** | **N/A** | |

**Name and address of the person who has possession of inventory records**

27.1.   **N/A**
         Name

_____
Street

_____

_____
City                              State        ZIP Code

Debtor   __Jumpstart Financial, LLC_____          Case number (if known) _____
       Name

28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
    or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jack Seigler | 2551 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interest | 26.31% |
| Bill Weathersby | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77382 | Member / Ownership interest | 26.31% |
| Jason L. Frazer | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interest | 10.92% |
| Luciano Reyes | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership Interest | 16.84% |
| Alvin Murgai | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership Interest | 11.32% |
| Rebecca Bayless | 2551 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interest | 1.89% |
| Addison Bayless | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interst | 1.89% |
| McKenna Bayless | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interest | 1.89% |
| Joe Christaldi | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interest | 1.32% |
| Chad Weathersby | 25511 Budde Rd.<br>Suite 2801<br>The Woodlands, TX 77380 | Member / Ownership interest | 1.32% |

29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
    members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ☐ No
    ☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew Kennedy | 1029 Lyell Ave #168<br>Rochester, NY 14606 | CEO / None | From  2021  To  3/2023 |

Debtor    **Jumpstart Financial, LLC**                   Case number (if known) _____
         Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **None** | | N/A | N/A |

Name

Street

City             State    ZIP Code

**Relationship to debtor**
N/A

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

Name of the parent corporation                      Employer Identification number of the parent corporation
None                                        EIN:___ – __ __ __ __ __ __ __

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes.  Identify below.

Name of the pension fund                             Employer Identification number of the pension fund
None                                          EIN:___ – __ __ __ __ __ __ __

### Part 14:   Signature and Declaration

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM / DD / YYYY

X _____      Printed name   **Jack Seigler**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Jumpstart Financial, LLC**                                    Case No.  _____

                                                                       Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................Fixed Fee:      **$7,838.00**

   Prior to the filing of this statement I have received.......................................................      **$7,838.00**

   Balance Due...................................................................................................................      **$0.00**

2. The source of the compensation paid to me was:
   - ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_May 6, 2024_
Date

Richard Lee Fuqua II                                    Bar No.  07552300
Fuqua & Associates, P.C.
8558 Katy Freeway
Suite 119
Houston, Texas 77024
Phone: (713) 960-0277 / Fax: (713) 960-1064

*Jack Seigler*
*Member*